IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRENDA K. DAVIS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:04-CV-1523-L** |
| | § | |
| **WYETH, INC.,** | § | |
| **WYETH PHARMACEUTICALS, INC.,** | § | |
| **PHARMACIA & UPJOHN, and** | § | |
| **PFIZER, INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court has been notified by Plaintiff's counsel, Mr. Robert A. Schwartz, that this case has settled. The parties are therefore **directed** to file a stipulation of dismissal or agreed motion to dismiss with the United States District Clerk's Office by **October 12, 2011**. The court truly appreciates the efforts of the parties and counsel in resolving this case. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby, **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**It is so ordered** this 12th day of April, 2011.

Sam A. Lindsay
United States District Judge

**Order - Solo Page**